UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Rainiel Del Roasrio Rojas

Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

21mj 2676

Defendant Rainiel Del Rosario Rojas hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

_x_ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_x_ Bail/Detention Hearing

___ Conference Before a Judicial Officer

[Mr. Rosario Rojas authorized Benjamin Gold to affix his signature to this form]

Rainiel Del Rosario Rojas
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ben G
Defendant's Counsel's Signature

Rainiel Del Rosario Rojas
Print Defendant's Name

Benjamin Gold
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/10/21
Date

Andrew Krause
[redacted]/U.S. Magistrate Judge