# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124 Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

<u>Via E-mail and ECF</u>

March 23, 2021

Honorable Judith C. McCarthy
Magistrate Judge
U.S. District Court, SDNY
300 Quarropas Street
White Plains, New York  10601

**SO ORDERED:**
Application granted.

_Judith C. McCarthy_____ 3-23-21
JUDITH C. McCARTHY
United States Magistrate Judge

Re:    United States v. Rainiel Del Rosario Rojas
       21-mj-2676

Dear Judge McCarthy:

    I am writing in regard to Rainiel Del Rosario Rojas, who was released on March 10, 2021, pursuant to a partially secured bond in the amount of $75,000. Under the terms of his release, Mr. Rosario Rojas is subject to home detention but he is allowed to leave his home for employment related purposes. Currently, Mr. Rosario Rojas' travel is restricted to the Southern District of New York and the Eastern District of New York, but his boss has informed me that he needs to travel through New Jersey to get to construction sites in New York City or Long Island. Under these circumstances, I ask that the terms of Mr. Rosario Rojas' release be modified to allow him to travel, with prior approval from Pretrial, in the District of New Jersey for work-related purposes.

    I have communicated with Assistant United States Attorney Steven Kochevar and he does not object to this request. I have also spoken to Leo Berrios at Pretrial Services, and he does not object.

    Thank you very much for your consideration.

Sincerely,

Benjamin Gold
Assistant Federal Defender

cc:    AUSA Steven Kochevar
       Pretrial Officer Leo Barrios